UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAVIS BLAKE,

                     Plaintiff

    v.

CHET RIGNEY, et al.,

                  Defendants

Case No.  3:22-cv-00545-ART-CLB

ORDER

## I.    DISCUSSION

On December 12, 2022, this Court issued an order granting Plaintiff until February 10, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents.  (ECF No. 3). In response, Plaintiff filed the 3-page application with a completed financial certificate. (ECF No. 4).  However, Plaintiff has not submitted a copy of his inmate trust fund account statement for the previous six-month period.

The Court grants Plaintiff an extension of time until March 14, 2023, to either pay the full $402 filing fee or file a copy of his inmate trust fund account statement for the previous six-month period.

## II.    CONCLUSION

It is therefore ordered that Plaintiff has **until March 14, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

1  complete application to proceed *in forma pauperis* or pay the required filing fee.

2          The Clerk of the Court is directed to send Plaintiff Javis Blake the approved form

3  application to proceed *in forma pauperis* for an inmate and instructions for the same.

4

5          DATED THIS <u>15th</u> day of February 2023.

6

7                                                   _____
                                                    UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28